SMALLMAN + SNYDER LAW GROUP | | SMALLMAN LAW PLLC
43 WEST 43RD STREET, SUITE 242
NEW YORK, NY 10036

Because Plaintiffs have demonstrated good cause, the application to extend the deadline for service is **GRANTED**. By **February 26, 2027**, Plaintiffs shall serve on Defendants the Complaint or any amended pleading.

Plaintiffs' application to adjourn the initial pre-trial conference scheduled for December 1, 2026, is **GRANTED**. The conference is adjourned to **February 2, 2027 at 3:15 P.M.** The parties shall file the joint pre-conference letter and proposed case management plan and scheduling order by **January 22, 2027**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 7.

Dated: November 25, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*Direct Contact:*
**David Brian Smallman**
+1.917.414.0182 (t)
1.212.202.5200 (f)
dbs@smallmanlaw.com
SMALLMAN LAW PLLC

**By ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**24 November 2026**

**Re:** ***Estate of Sierra Simone Sunshine Clayborn, et al. v. Federal Insurance Company, et al.*, No. 1:26-cv-08495-LGS (S.D.N.Y.)**
**Letter-Motion to Adjourn the Initial Pretrial Conference and to Extend Time to Serve under Rule 4(m)**

Dear Judge Schofield:

Plaintiffs respectfully request, under Individual Rule I.B.3, (a) an adjournment of the initial pretrial conference and (b) an extension of the time to serve Defendants under Fed. R. Civ. P. 4(m).

**Adjournment of the conference.** (1) The conference is set for December 1, 2026, at 3:15 p.m. (ECF No. 4). Plaintiffs request that it be adjourned to a date convenient to the Court on or after January 26, 2027, or to such earlier date as the Court may direct, with the joint letter and proposed Case Management Plan due one week before the adjourned date. (2) This is Plaintiffs' first request for an adjournment or extension. (3) Accordingly, no previous request has been granted or denied. (4) No defendant has appeared, and no defendant has responded to Plaintiffs' notice; Mr. Snowden's former local counsel, Victor M. Glasberg, replied on November 24, 2026 only that he cannot accept service. Plaintiffs therefore could not seek consent.

No summons has yet been issued, and no defendant has been served. Plaintiffs have sent the Order and the Individual Rules to each Defendant and have today filed proof of that notice and, as the Order directs, their letter and proposed Case Management Plan. As stated in paragraph 5 of the Complaint, Plaintiffs will file an amended complaint as of right under Rule 15(a)(1) before service, on or before December 11, 2026, and will then request summonses and serve it. Defendant Snowden, on information and belief, resides abroad; promptly after the amended complaint is filed, Plaintiffs will move for leave to serve him by alternative means under Rule 4(f)(3). Plaintiffs respectfully submit that these circumstances are compelling reasons for an adjournment under Individual Rule I.B.3: a conference on December 1 would proceed without any defendant, and holding it after Defendants have appeared and conferred would allow the Court to set a schedule with all parties present. If the Court prefers to proceed on December 1, Plaintiffs' principal trial counsel will attend.

**Extension of time to serve.** (1) The 90-day period under Rule 4(m) ends on Monday, December 28, 2026. Plaintiffs request that it be extended to February 26, 2027. (2)–(3) This is Plaintiffs' first such request. (4) No defendant has appeared to consent. The request applies to Federal, Praxis, and Ms. Poitras and, to the extent Rule 4(m) is held to apply to service on Mr. Snowden, who on information and belief resides in a foreign country, to him as well.

Plaintiffs intend to serve Federal, Praxis, and Ms. Poitras before December 28 and to move under Rule 4(f)(3) as to Mr. Snowden before that date, and request the extension as a precaution. The amended complaint will be filed shortly before the holiday period, and service on the corporate defendants and on Ms. Poitras, who has also resided in Berlin, may require more than one attempt or service abroad. Plaintiffs have sent each Defendant written notice of this action and of the Order. Plaintiffs respectfully submit that these circumstances are good cause; in any event, the Court may extend the time to serve even absent good cause, weighing the effect of a dismissal or an extension on the parties. *Zapata v. City of New York*, 502 F.3d 192, 196–97 (2d Cir. 2007).

**Effect on other dates.** No other dates have been set. If the conference is adjourned, Plaintiffs propose that the joint letter and proposed Case Management Plan be filed one week before the new date.

Plaintiffs thank the Court for its consideration.

Respectfully submitted,

SMALLMAN LAW PLLC

By: /s/ David Brian Smallman

David Brian Smallman
43 West 43rd Street, Suite 242
New York, New York 10036
(917) 414-0182
dbs@smallmanlaw.com
Counsel for Plaintiffs

cc (by first-class mail): Federal Insurance Company; Praxis Films, Inc. and Laura Poitras; (by email): Edward Joseph Snowden, c/o Victor M. Glasberg, Esq., and c/o Lawrence S. Lustberg, Esq.